# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

Y. V. CONSTRUCTION INC
  a/k/a Y.V. Construction, Inc.
  a/k/a Y V Construction, Inc.
  a/k/a YV Construction Incorporated

CASE NUMBER 1:06CV01566

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 09/07/2006

TO: (Name and address of Defendant)

Y. V. CONSTRUCTION INC
  a/k/a Y.V. Construction, Inc.
  a/k/a Y V Construction, Inc.
  a/k/a YV Construction Incorporated
6320 Landess Street
Alexandria, VA 22312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within `twenty (20)` days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     SEP - 6 2006
CLERK                                        DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**    **DISTRICT OF COLUMBIA**

Case No.: 1:06CV01566

International Painters and Allied Trades Industry
Pension Fund

vs

Y. V. Construction Inc a/k/a Y.V. Construction, Inc.
a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated

SERVICE OF PROCESS ON: **Y. V. Construction Inc a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated**

___Jim Booker___, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 9/25/06
Place of Service: 6320 Landess Street Alexandria, VA
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By handing to defendant personally.
_X_ By hand delivering to an officer, director or manager in charge of defendant business:
Name & Title: __FROYLAM VALLO / OWNER__

Description of Person Receiving Documents: Male/**Female**  Skin Color __White__
Hair Color __B__   Age __45__ Hgt __5'7__ Wgt __138__

Undersigned declares under penalty of perjury that the foregoing is true and correct

___Jim Booker___                    9/25/06
Signature of Server                  Date

Kent Cprek, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                215-922-6700