```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

_____
                               )
                               )
INTERNATIONAL PAINTERS AND     )
ALLIED TRADES INDUSTRY         )
PENSION FUND,                  )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 06-1566 (RWR)
                               )
Y.V. CONSTRUCTION INC.,        )
                               )
          Defendant.           )
_____)
```

**ORDER TO SHOW CAUSE**

Plaintiff filed this case and served defendant on September 25, 2006. The defendant has not filed an answer, but plaintiff has not sought an entry of default or moved for default judgment. Accordingly, it is hereby

ORDERED that on or before March 5, 2007, plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 23rd day of February, 2007.

                                   _____/s/_____
                                   RICHARD W. ROBERTS
                                   United States District Judge