IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
|                 Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01566 (RWR) |
| Y. V. CONSTRUCTION INC<br>   a/k/a Y.V. Construction, Inc.<br>   a/k/a Y V Construction, Inc.<br>   a/k/a YV Construction Incorporated | ) ) ) ) ) | |
|                 Defendant | ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Fund" or "Pension Fund"), by undersigned counsel, request that the Court not dismiss this matter for the following reasons:

    1.    On September 6, 2006, Plaintiff filed its Complaint in this matter seeking payment of delinquent employee benefit contributions (Dkt. No. 1) against Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated ("Company" or "Defendant")

    2.    The Complaint was served on the Company on September 25, 2006 by service on Froylam Valle, Owner of Company. An Affidavit of Service was filed with the Court on October 3, 2006 (Dkt. No. 2).

    3.    Company's owner contacted the Pension Fund on or about November 13, 2006 and advised that he would forward copies of all outstanding remittance reports as well as payment of the amounts owed.

180214-1

4.  The Pension Fund received the reports; however, the Company's check (#1421 in the amount of $13,323.75) was not honored due to insufficient funds.

5.  The Pension Fund sent Company an Audit Notification correspondence on November 30, 2006, requesting that Company allow Plaintiff to inspect its books and records for the period January 2002 through the date of the audit.

6.  To date, Company has failed to provide Plaintiff with available audit dates and it has failed to provide payment for the delinquency.

7.  Therefore, Plaintiff must proceed with litigation. Attached as Exhibit 1 a copy of the Request for Entry of Default against the Defendant which will be filed separately on February 27, 2007.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: February 27, 2007

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL

180214-1

**CERTIFICATE OF SERVICE**

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Response to Order to Show Cause was served by mailing same first class mail, postage prepaid, on the date listed below to:

Y. V. CONSTRUCTION INC<br>
a/k/a Y.V. Construction, Inc.<br>
a/k/a Y V Construction, Inc.<br>
a/k/a YV Construction Incorporated<br>
6320 Landess Street<br>
Alexandria, VA 22312

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

DATE: February 27, 2007

180214-1