IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01566 (RWR) |
| Y. V. CONSTRUCTION INC  a/k/a Y.V. Construction, Inc.  a/k/a Y V Construction, Inc.  a/k/a YV Construction Incorporated | ) ) ) ) ) ) | |
| Defendant | ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Fund" or "Pension Fund"), by undersigned counsel, request that the Court not dismiss this matter for the following reasons:

1. On September 6, 2006, Plaintiff filed its Complaint in this matter seeking payment of delinquent employee benefit contributions (Dkt. No. 1) against Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated ("Company" or "Defendant")

2. The Complaint was served on the Company on September 25, 2006 by service on Froylam Valle, Owner of Company. An Affidavit of Service was filed with the Court on October 3, 2006 (Dkt. No. 2).

3. Company's owner contacted the Pension Fund on or about November 13, 2006 and advised that he would forward copies of all outstanding remittance reports as well as payment of the amounts owed.

180214-1

4.   The Pension Fund received the reports; however, the Company's check (#1421 in the amount of $13,323.75) was not honored due to insufficient funds.

5.   The Pension Fund sent Company an Audit Notification correspondence on November 30, 2006, requesting that Company allow Plaintiff to inspect its books and records for the period January 2002 through the date of the audit.

6.   To date, Company has failed to provide Plaintiff with available audit dates and it has failed to provide payment for the delinquency.

7.   Therefore, Plaintiff must proceed with litigation. Attached as Exhibit 1 a copy of the Request for Entry of Default against the Defendant which will be filed separately on February 27, 2007.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: February 27, 2007

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL

180214-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Response to Order to Show Cause was served by mailing same first class mail, postage prepaid, on the date listed below to:

Y. V. CONSTRUCTION INC<br>
a/k/a Y.V. Construction, Inc.<br>
a/k/a Y V Construction, Inc.<br>
a/k/a YV Construction Incorporated<br>
6320 Landess Street<br>
Alexandria, VA 22312

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

DATE: February 27, 2007

180214-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01566 (RWR) |
| Y. V. CONSTRUCTION INC a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated | ) ) ) ) ) ) | |
| Defendant | ) | |

**REQUEST TO CLERK TO ENTER**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

        BY:/s/    Sanford G. Rosenthal
        SANFORD G. ROSENTHAL, ESQUIRE
        (I.D. NO. 478737)
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street, Independence Square
        Philadelphia, PA 19106-3683
        (215) 351-0615/0611
Date: February 27, 2007        Attorney for Plaintiff

180151-1


EXHIBIT 1

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

180151-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> Y. V. CONSTRUCTION INC ) <br>    a/k/a Y.V. Construction, Inc. ) <br>    a/k/a Y V Construction, Inc. ) <br>    a/k/a YV Construction Incorporated ) <br> ) <br> Defendant ) | CIVIL ACTION NO. <br> 06-01566 (RWR) |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE
### FOR ENTRY OF DEFAULT

Sanford G. Rosental, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated ("Company" or "Defendant"), by Jim Booker, Process Server, who served Froylam Vallo, Owner, at 6320 Landess Street, Alexandria, VA 22312 on September 25, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

180151-1

6.      Inasmuch as Defendant is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/    Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date: February 27, 2007

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Y. V. CONSTRUCTION INC<br>
a/k/a Y.V. Construction, Inc.<br>
a/k/a Y V Construction, Inc.<br>
a/k/a YV Construction Incorporated<br>
6320 Landess Street<br>
Alexandria, VA 22312

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: February 27, 2006

180151-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01566 (RWR) |
| Y. V. CONSTRUCTION INC a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated | ) ) ) ) ) ) | |
| Defendant | ) | |

**REQUEST TO CLERK TO ENTER**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/      Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0611
Attorney for Plaintiff

Date: February 27, 2007

180151-1

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

180151-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01566 (RWR) |
| Y. V. CONSTRUCTION INC  a/k/a Y.V. Construction, Inc.  a/k/a Y V Construction, Inc.  a/k/a YV Construction Incorporated | ) ) ) ) ) | |
| Defendant | ) | |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE
### FOR ENTRY OF DEFAULT

Sanford G. Rosental, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated ("Company" or "Defendant"), by Jim Booker, Process Server, who served Froylam Vallo, Owner, at 6320 Landess Street, Alexandria, VA 22312 on September 25, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

180151-1

6. Inasmuch as Defendant is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/     Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date: February 27, 2007

180151-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Y. V. CONSTRUCTION INC
a/k/a Y.V. Construction, Inc.
a/k/a Y V Construction, Inc.
a/k/a YV Construction Incorporated
6320 Landess Street
Alexandria, VA 22312

s/    Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: February 27, 2006

180151-1