IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>    Plaintiff )<br>v. )<br>)<br>Y. V. CONSTRUCTION INC )<br>   a/k/a Y.V. Construction, Inc. )<br>   a/k/a Y V Construction, Inc. )<br>   a/k/a YV Construction Incorporated )<br>)<br>    Defendant ) | CIVIL ACTION NO.<br>06-01566 (RWR) |

## **DEFAULT JUDGMENT**

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Fund," "Pension Fund" or "Plaintiff"), it appears to the Court that Defendant, Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated ("Company" or "Defendant"), has willfully failed to appear, plead or otherwise defend, and it is ORDERED:

1. Judgment is entered against Company, and in favor of Plaintiff in the total amount of $22,611.42, itemized as follows:

    (a) Unpaid contributions for the months of March 2006 through January 2007 in the amount of $15,103.35 under 29 U.S.C. §1132(g)(2) and 185(a);

    (b) Interest from the date contributions became due until March 15, 2007, in the amount of $685.65;

    (c) Liquidated damages in the amount of $3,020.67, which is twenty percent (20%) of the total amount owed the Fund for unpaid contributions or contributions paid late;

180199-1

(d) Late charges in the amount of $117.35;

(e) Returned check fees in the amount of $50.00;

(f) Attorneys' fees and costs in the amount of $3,634.40 incurred by Plaintiff through November 3, 2006, as provided in 29 U.S.C. §1132(g)(2)(D).

2. Defendant, its owners, officers, agents, servants, attorneys and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with accompanying pension contributions for all periods for which Defendant is obligated to do so under its collective bargaining agreement(s).

3. Plaintiff is awarded reimbursement of all additional attorneys' fees and costs it incurs in the collection and enforcement of this judgment as well as those incurred in the collection of delinquent contributions which may be found to be due as a result of the audit provided for in this Order.

                                                                                               RICHARD W. ROBERTS    J.
                                                                                               United States District Judge

Date:_____

Copies of this Default Judgment shall be sent to:

Sanford G. Rosenthal, Esquire
Jerome A. Flanagan, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Y. V. Construction Inc
a/k/a Y.V. Construction, Inc.
a/k/a Y V Construction, Inc.
a/k/a YV Construction Incorporated
6320 Landess Street
Alexandria, VA 22312

180199-1                                               2