# CERTIFICATE OF SERVICE

I hereby certify this 1st day of March, 2007, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Y. V. CONSTRUCTION INC
a/k/a Y.V. Construction, Inc.
a/k/a Y V Construction, Inc.
a/k/a YV Construction Incorporated
6320 Landess Street
Alexandria, VA 22312

DATE: <u>March 1, 2007</u>

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

180199.1