IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01566 (RWR) |
| Y. V. CONSTRUCTION INC<br>  a/k/a Y.V. Construction, Inc.<br>  a/k/a Y V Construction, Inc.<br>  a/k/a YV Construction Incorporated | ) ) ) ) ) ) | |
| Defendant | ) | |

## DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE

SANFORD G. ROSENTHAL states:

1. I am a shareholder and attorney employed by Jennings Sigmond, P.C. with responsibility for the case captioned *International Painters and Allied Trades Industry Pension Fund v. Y. V. Construction Inc. a/k/a Y.V. Construction, Inc. a/k/a Y V Construction, Inc. a/k/a YV Construction Incorporated*, Civil Action No. 06-01566 (RWR). I submit this declaration to support an award of attorney fees to Plaintiff.

Case Fees

2. Attached as Exhibit 3 to Plaintiff's Motion for Entry of Judgment by Default is a list showing all work performed by the office of Jennings Sigmond, P.C. and related costs in connection with in this action through February 26, 2007. The listing was prepared from contemporaneous attorney time and expenses records and bills, the originals of which are maintained in the regular business records of Jennings Sigmond. Each piece of work is separately coded and the work performed is described. The fees relevant to this case are $3,054.00 and expenses are $580.40 for a total of $3,634.40.

180199.1



3. The identity of those performing services related to this matter and normal hourly rates are as follows.

| INITIALS | NAME | TITLE | HOURLY RATE |
| --- | --- | --- | --- |
| SGR | Sanford G. Rosenthal | Shareholder | $200.00 |
| SMC | Shanna M. Cramer | Associate | $200.00 |
| JAF | Jerome A. Flanagan | Associate | $200.00 |
| CTM | Cathy T. Morton | Paralegal | $ 70.00 |

4. Plaintiffs only seek judgment for fees in the bills, which reflect a special fee schedule with the International Painters and Allied Trades Industry Pension Fund for a uniform $200.00 per hour rate for all lawyers and $70.00 per hour for paralegals and clerks.

Attorney Background and Experience

5. <u>Sanford G. Rosenthal</u>. I am a firm shareholder and co-leader of the ERISA practice and have practiced law for 23 years. I received my undergraduate education at Pennsylvania State University, where I graduated in 1971. I worked as Audit Manager and Office Manager in the administrative team for the Teamsters Health and Welfare and Pension Funds of Philadelphia and Vicinity from 1971 through 1980. I attended the Dickinson School of Law, where I was awarded the Degree of Juris Doctor in 1983. I am a member of the Bar of the Supreme Court of Pennsylvania and the District of Columbia Bar. I am also admitted to practice before the United States Court of Appeals for the Third Circuit and the United States District Courts for the Eastern and Middle Districts of Pennsylvania. My practice concentrates on the representation of multiemployer benefit funds in delinquency litigation and counseling. A sample of my litigation experience is available in 32 published cases that can be obtained through a Westlaw search for "AT ("Sanford G. Rosenthal") and Jennings" in the FPENS-CS library.

6.  <u>Shanna M. Cramer</u>. Shanna M. Cramer, an associate in the firm, has actively practiced law for three (3) years. She graduated in 1997 from Rutgers University, with honors, with a Bachelors Degree in History, Political Science and Spanish. She received her law degree in 2001 from Rutgers Law School. Ms. Cramer graduated in 2004 from Beasley School of Law-Temple University, with an LL.M in Taxation. Ms. Cramer has been admitted to the Bars of Pennsylvania and New Jersey, and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

7.  <u>Jerome A. Flanagan</u>. Jerome A. Flanagan, an associate in the firm, has practiced law for three (3) years. He graduated in 2000 from the University of Scranton, with a Bachelors Degree in English. He received his law degree in 2003 from Syracuse University. Following law school, Mr. Flanagan served as a judicial clerk in Lackawanna County, Pennsylvania. Prior to joining Jennings Sigmond, P.C., Mr. Flanagan practiced insurance defense in the Philadelphia area.

8.  <u>Catherine T. Morton</u>. Catherine T. Morton is a Paralegal in the Jennings Sigmond office. She has been with the office for six (6) years and is experienced in corporate computer database research, electronic filing procedures throughout the country and preparation and documentation of service of complaints and other pleadings for employee benefit collections matters, in addition to other skills.

<u>Legal Market Benchmark</u>

9.  The time and fees charged in this case are reasonable based on prevailing market rates for similar services by lawyers of reasonably comparable skill, experience and reputation in both the Philadelphia and District of Columbia markets.

10. My opinion that the time and fees are reasonable is based on a number of factors, including the following.

(a) We serve as counsel or co-counsel to over 20 multiemployer employee benefit funds groups. The firm currently has 17 lawyers, with a dedicated benefits department of seven (7) lawyers plus part-time work by three (3) other lawyers in the labor practice. The work is specialized and our competition often is large corporate firms with both employee benefits and federal litigation experience. In my experience, our fees are normally are substantially lower than the charges of larger firms.

(b) The flat rate is this case is consistent with market rates in published surveys by Altman Weil, a leading law firm consultant. Specifically, Altman Weil found a median hourly rate in 2005 of $195 for associates in the Middle Atlantic region (encompassing both Philadelphia and the District of Columbia) and a range up to $273 per hour at the 90th percentile. See Associate Hourly Billing Rates (March 10, 2006), reprinted from http://www.altmanweil.com/PracticeSpecialtiesRates/ and attached hereto as Exhibit 4. The median rate for partners (shareholders) in employee benefits litigation was $305 per hour, *id.*, Practice Specialties and Hourly Rates (October 1, 2005),  A $200 rate in 2006 is only a 2.56% increase over the 2005 median for associates only.

(c) The fees are consistent with market ranges in a 2004 Ohio bar association survey, downloads.ohiobar.org/conventions/convention2005/session508%20Economics%20of%20Law.pdf, attached as Exhibit 5, especially pages 26 and exhibit 27, especially after giving weight to increases from 2004 to 2006 (roughly 5% per year on average in the Ohio survey) and regional differences reflected in Altman Weil data (Ex. 4), showing an 8.33% higher rate in median associates' rates in the Middle Atlantic region ($195) over the East North Central region

180199-1                                                    4

covering Ohio ($180)). The Ohio survey showed median hourly associate rates in the comparable downtown Cleveland, Cincinnati and Columbus areas of $200 - $235 per hour, ranging up to $ $334 - $359 at the 90th percentile. See, Exhibit 5 (excerpt page 26). It also shows that a $70 per hour paralegal rate is less than the median rate for 5 years experience in Ohio, without adjustment for regional differences, Exhibit 5 (Ex. 27).

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed on: <u>March 1, 2007</u>

                                            <u>s/ Sanford G. Rosenthal</u>
                                            SANFORD G. ROSENTHAL, ESQUIRE
                                            (I.D. NO. 478737)
                                            The Penn Mutual Towers, 16th Floor
                                            510 Walnut Street, Independence Square
                                            Philadelphia, PA 19106-3683
                                            (215) 351-0611
                                            Attorney for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

180199-1                                                 5