IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01566 (RWR) |
| Y. V. CONSTRUCTION INC<br>   a/k/a Y.V. Construction, Inc.<br>   a/k/a Y V Construction, Inc.<br>   a/k/a YV Construction Incorporated | )<br>)<br>)<br>)<br>) | |
| Defendant | ) | |

### JENNINGS SIGMOND ATTORNEYS' FEES – February 2007

| Jerome A. Flanagan, Esquire | JAF | Shanna M. Cramer, Esquire | SMC |
|---|---|---|---|
| Sanford G. Rosenthal, Esquire | SGR | Cathy T. Morton, Paralegal | CTM |

| Date | Attorney | Task | Time |
|---|---|---|---|
| 2/21/07 | JAF | Review of Documents<br>Review of Docket<br>Preparation of Correspondence from client, T. Montemore, P. Gilbert and V. McGlone<br>Review correspondence from client, P. Gilbert (2x)<br>Review correspondence from client, V. McGlone<br>Preparation of Request to Enter Default<br>Preparation of Motion for Judgment by Default<br>Memo to File | 4.7 |
| 2/23/07 | JAF | Review Attorneys' Fees and Costs<br>Review of Documents<br>Preparation of Supporting Affidavits | 1.5 |
| 2/26/07 | JAF | Review and Revision of Motion for Judgment by Default<br>Review Order to Show Cause<br>Preparation of Response to Order to Show Cause<br>Review of Docket<br>Review of Documents<br>Review and Revise Attorney Declaration | <u>3.9</u> |
| | | **TOTAL:** | **10.1** |

180199.1

**EXHIBIT 3**

**February 2007 Summary**

| | | | |
|---|---|---|---|
| JAF | 10.1 Hrs x $200.00 | = | $2,020.00 |
| Attorneys' Fees from 2/06 | | = | $1,034.00 |
| Costs | | = | $580.40 |
| | Grand Total: | | $3,634.40 |

Report ID: OT2025 - 9875
Friday, February 23, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details
Beginning To End

Printed By MHT
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27504 | Y.V. Construction, Inc | Sigmond, Richard B. |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/5/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Memo to Client regarding Status of Litigation |
| 8/21/2006 | SMC | 0.50 | 0.50 | 200.00 | $100.00 | | | Open File |
| 8/28/2006 | JAF | 1.50 | 1.50 | 200.00 | $300.00 | | | Preparation of Correspondence to P. Gilbert |

| Post Date | Status | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|
| 08/28/2006 | Original Period Unlocked | | 08/28/2006 | 8 | 2006 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/29/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Documents<br>Computer Research<br>Preparation of Complaint |
| 8/29/2006 | JAF | 1.50 | 1.50 | 200.00 | $300.00 | | | Review and Revision of Complaint |
| 9/12/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 11/13/2006 | JAF | 0.60 | 0.60 | 200.00 | $120.00 | | | Letter to T. Montemore and P. Gilbert<br>Review of Documents<br>Review of Correspondence from T. Montemore and P. Gilbert<br>Memo to File |
| 11/28/2006 | JAF | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from P. Gilbert<br>Letter to P. Gilbert |
| 11/30/2006 | JAF | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from P. Gilbert<br>Review of Documents<br>Letter to P. Gilbert<br>Memo to File |
| 12/10/2006 | JAF | 0.30 | 0.20 | 200.00 | $40.00 | | | Review of Documents<br>Preparation of Memo to Client regarding Status of Litigation |

**Billed Time Totals**  5.40  5.30  $1,034.00

### Billed Expenses

| Date | Amount | Exp Code | | Narrative |
|---|---|---|---|---|
| 8/29/2006 | $350.00 | 7100 | | Filing Fee |
| 9/1/2006 | $30.59 | COPY | | Photocopies |
| 9/1/2006 | $72.90 | CRDB | | Computer Research - Dun & Bradstreet |
| 9/12/2006 | $9.73 | COPY | | Photocopies |
| 9/13/2006 | $14.08 | PO | | Postage Charges |
| 10/5/2006 | $103.10 | 7100 | | Service of Process |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 9875
Friday, February 23, 2007

Beginning To End

Printed By MHT
Page 2

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 5.40 | 5.30 | $1,034.00 | $580.40 | $1,614.40 |

**Billed Expenses**

| Totals |
|---|
| $580.40 |

*** End Of Report ***