```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>Y.V. CONSTRUCTION INC.,  )<br><br>Defendants.  ) | Civil Action No. 06-1566 (RWR) |

**ORDER TO SHOW CAUSE**

Plaintiff filed a motion for entry of default judgment on March 1, 2007 which is unopposed. Accordingly, it is hereby

ORDERED that on or before April 23, 2007, defendant shall show cause in writing why plaintiff's unopposed motion for default judgment should not be granted.

SIGNED this 12th day of April, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge